IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19MJ3068 |
| vs. | |
| JOSEPH W. HIGGINS, | ORDER |
| Defendant. | |

The undersigned is in receipt of the U.S. Medical Center for Federal Prisoners' Forensic Psychological Report concerning the defendant.

IT IS ORDERED that:

(1) The Clerk of Court shall provide a copy of this order and the sealed Report (Filing 72) to counsel of record. The Clerk of Court shall also provide a copy of this order to the Lincoln United States Marshals Service.

(2) The United States Marshals Service shall pick up and return the defendant to the District of Nebraska. Upon the defendant's return to the district, a competency hearing will be held.

Dated this 7th day of September, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge